IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CONNOR ANDERSON, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>TEAM PRIOR INC. and LEE PRIOR,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:19-CV-452<br>)<br>)<br>)<br>)<br>)<br>) |

---

**NOTICE OF COLLECTIVE ACTION LAWSUIT**

---

**If you are or were a delivery driver employed by Team Prior Inc. d/b/a "Domino's Pizza" between [Three Years Prior to the Date of the Order] and the present, please read this notice. A collective action lawsuit may affect your rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

**To:**   [Driver Name]

Re:   Lawsuit Regarding Claims for Alleged Under-Reimbursed Expenses/Unpaid Wages

- **A delivery driver** (Named Plaintiff) has sued Team Prior Inc. and Lee Prior (together "Defendants") claiming it failed to fully reimburse delivery drivers for automobile expenses, which has reduced the wages paid by Defendants to drivers below the federal minimum wage.

- The Court has authorized mailing of this notice to current and former delivery drivers who worked for Defendants between [three years from date of order] and the present.

- You have been identified as a person potentially eligible to join this lawsuit.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT ||
|---|---|
| ASK TO BE INCLUDED | If you choose to be included in this case, you have the possibility of getting money or benefits from a trial or a settlement of the federal wage and hour claim, and you give up any rights to separately sue Defendants about the same claim in this lawsuit. <u>If you wish to be included, you must complete the Consent to Join form at the end of this Notice</u>. |
| DO NOTHING | If you choose not to join this lawsuit, you will not be affected by any judgment or settlement rendered in this lawsuit, whether favorable or unfavorable to the opt-in plaintiffs. |

### 1. Why did I get this notice?

Records show that you currently or previously worked for Defendants as a delivery driver. The Court has authorized mailing of this notice regarding a collective action lawsuit that may affect you. You have legal rights and options that you may exercise in this case. The lawsuit is titled *Connor Anderson v. Team Prior Inc. and Lee Prior*, Case No. 2:19-cv-452, and is filed in federal court in the District of Maine.

### 2. What is this lawsuit about?

In this lawsuit, the Named Plaintiff claims that Defendants failed to pay him and other similarly situated delivery drivers the minimum wage by not fully reimbursing them for automobile expenses. He claims that, after deducting vehicle expenses (and excluding tips), he and other delivery drivers were paid less than the federal minimum wage.

### 3. What is a collective action and who is involved?

In a collective action lawsuit, one or more people sue on behalf of other people who have similar claims. The Named Plaintiff who sued – and all those who return the attached Consent to Join form – are called the Plaintiffs. One Court resolves the issues for everyone who joins the case.

### 4. Why is this lawsuit a collective action?

The Named Plaintiff who filed this lawsuit alleges there is a group of "similarly situated" current and former delivery drivers employed by Defendants.

### 5. What is Defendants' position?

Defendants deny any wrongdoing or liability and vigorously contest all claims that have been asserted. Defendants assert that delivery drivers were always paid an hourly wage at or above the federal minimum wage, as well as reasonable and lawful vehicle reimbursements and tips.

### 6. Has the Court decided who is right?

The Court has not decided whether Defendants or the Named Plaintiff is correct. By authorizing this notice, the Court is not suggesting that the Named Plaintiff will win or lose the case.

### 7. What is the Named Plaintiff asking for?

The Named Plaintiff is seeking to recover any alleged unpaid minimum wages, or, in other words, the difference between what he was paid and the minimum wage. The Named Plaintiff also seeks "liquidated damages" in an amount equal to the unpaid wages, as well as recovery of costs and attorney's fees.

### 8. Can I join this lawsuit?

You have been identified as potentially eligible to join this lawsuit. Current and former delivery drivers who worked for Defendants from [three years from date of order] to the present are eligible to join.

### 9. What happens if I join the lawsuit?

If you choose to join this lawsuit and are ultimately determined by the Court to be an opt-in plaintiff, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable, on the claims asserted. You will also be bound by, and will share in, to the extent appropriate, any settlement of the claims that may be reached on behalf of the Class. By joining this lawsuit, you designate the Named Plaintiff as your representative, and to the fullest extent possible, to make decisions on your behalf concerning the case, the method and manner of conducting the case, the entering in an agreement with Plaintiff's counsel regarding payment of attorney's fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. While this suit is pending, you may be required to submit documents and written answers to questions and to testify under oath at a deposition, or testify under oath at a hearing. The law prohibits Defendants from retaliating against you for participating in this lawsuit.

### 10. What happens if I do nothing at all?

If you choose not to join this lawsuit, you will not be directly affected by any ruling, judgment or settlement rendered on the federal claim asserted in this case, whether favorable or unfavorable. You should be aware that Fair Labor Standards Act claims are limited to a two- or three-year statute of limitations, and delay in joining this case, or proceeding separately, may result in some or all of your claims expiring as a matter of law.

### 11. How do I ask to be included in this case?

Enclosed is a form called "Consent to Join." If you choose to join this lawsuit, it is extremely important that you read, sign and promptly return the Consent to Join form. A self-addressed return envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, return the Consent to Join Form to:

Team Prior Pizza Litigation
Forester Haynie PLLC
400 North St. Paul Street, Suite 700
Dallas, TX 75201

The signed Consent to Join form must be postmarked by _____. **If your signed Consent to Join form is not postmarked by _____, you may be prohibited from participating in this case.**

### 12. Do I have a lawyer in this case?

If you choose to join this lawsuit you will be represented by Jay Forester of Forester Haynie PLLC, 400 North St. Paul Street, Suite 700, Dallas, TX 75201 and Peter Mancuso of Andrew Schmidt Law PLLC, 97 India Street, Portland, ME 04101.

### 13. Should I get my own lawyer?

If you choose to opt-in to the lawsuit by timely returning a signed Consent to Join form, you do not need to hire your own lawyer because Plaintiff's counsel will be working on your behalf. But if you want your own lawyer, you may have to pay that lawyer and will have to file your own separate lawsuit.

### 14. How will the lawyers be paid?

The Named Plaintiff has entered into a contingency fee agreement with Plaintiff's counsel, which means that if the Named Plaintiff does not win, there will be no attorney's fee chargeable to him or anyone who joins the lawsuit. Under the fee agreement, in the event there is a recovery, Plaintiff's counsel will receive a percentage of any settlement obtained or money judgment entered in favor of all opt-in plaintiffs. Alternatively, the Court may be asked to determine the amount of fees. The fees may be part of a settlement obtained or money judgment entered in favor of Plaintiffs, or may be ordered by the Court to be separately paid by Defendant, or may be a combination of the two. A copy of the contingency fee agreement executed by the Named Plaintiff may be obtained upon request from Plaintiff's counsel identified below.

### 15. Are there more details available?

If you have any questions or require additional information, please contact any of the following individuals who are counsel to the Plaintiffs in this lawsuit:

Jay Forester, Esq.
Forester Haynie PLLC
400 N. St. Paul Street, Suite 700
Dallas, TX 75201
Tel: (214) 210-2100
Fax: (214) 346-5909  jay@foresterhaynie.com

Peter Mancuso
Andrew Schmidt Law PLLC
97 India Street
Portland, ME 04101
(207) 619-0884
Peter@MaineWorkerJustice.com

**16. Please keep your address current.**

To assist the Court and the parties in maintaining accurate lists of opt-in plaintiffs, you are requested to mail notice of any changes in your address to the attorneys listed. If the notice was forwarded to you by the postal service, or if it was otherwise sent to you at an address that is not current, you should immediately contact the attorneys listed above and provide them with your current address. If counsel does not have your current address, you may not receive notice of important developments in this action.

**PLEASE DO NOT CONTACT THE COURT CLERK REGARDING THIS MATTER.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CONNOR ANDERSON, individually and on behalf of similarly situated persons,<br><br>                Plaintiff,<br><br>v.<br><br>TEAM PRIOR INC. and LEE PRIOR,<br><br>                Defendants. | CIVIL ACTION NO. 2:19-CV-452 |

**CONSENT TO JOIN**
**Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)**

I hereby consent to join this action against Team Prior Inc. and Lee Prior, and any related entities, in this or any subsequent action. I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my overtime claims against Defendants, I choose to be represented by Forester Haynie PLLC and Andrew Schmidt Law PLLC. I hereby authorize communication via phone, email or text from Forester Haynie, PLLC and Andrew Schmidt Law PLLC so that I may be contacted or updated regarding the case as appropriate.

Date: _____   _____
                                                Signature

Printed Name: _____